IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK J. MCGREE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOODWILL INDUSTRIES, INC.; THE ) <br> COMMITTEE OF THE EXECUTIVE ) <br> 457(f) RETIREMENT PLAN OF ) <br> GOODWILL INDUSTRIES, INC.; and ) <br> PAULI BISHOP, ) <br> ) <br> Defendants. ) | CASE NO.: 8:17-cv-358 |

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendants, Goodwill Industries, Inc.; The Committee of the Executive 457(F) Retirement Plan of Goodwill Industries, Inc.; and Pauli Bishop make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership. (Goodwill Industries, Inc.)

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information:

None of the above apply to Goodwill Industries, Inc., which is a non-profit domestic corporation with its principal address at 4805 N. 72nd St., Omaha, NE 68134.

DATED this day of January, 2018.

                                          GOODWILL INDUSTRIES, INC, ET. AL.
                                        Defendants.

BY:   */s/ Patrick J. Barrett*
       Patrick J. Barrett, #17246
       Sarah L. (Sally) McGill, #24790
       Brandon J. Crainer, #24891
       Emily R. Langdon, #23945
       FRASER STRYKER PC LLO
       500 Energy Plaza
       409 South 17th Street
       Omaha, NE 68102-2663
       (402) 341-6000
       pbarrett@fraserstryker.com
       smcgill@fraserstryker.com
       bcrainer@fraserstryker.com
       elangdon@fraserstryker.com
       ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas Culhane
Erickson & Sederstrom
10330 Regency Parkway Dr, #100
Omaha, NE 68114-3761

Bonnie M. Boryca
Erickson & Sederstrom
10330 Regency Parkway Dr, #100
Omaha, NE 68114-3761

/s/ Patrick J. Barrett

1792255 v1