IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK J. MCGREE,<br><br>    Plaintiff,<br><br>v.<br><br>GOODWILL INDUSTRIES, INC.; THE COMMITTEE OF THE EXECUTIVE 457(f) RETIREMENT PLAN OF GOODWILL INDUSTRIES, INC.; and PAULI BISHOP,<br><br>    Defendants. | CASE NO.: 8:17-cv-358<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 31). Upon consideration,

IT IS HEREBY ORDERED that:

The Joint Stipulation for Dismissal With Prejudice (Filing No. 31) is granted. The above-captioned matter is dismissed with prejudice with each party to pay their own court costs consistent with this Order.

DATED this 22nd day of June, 2018.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge